■ BERKSHIRE KNITTING MILLS, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [1 Misc 2d 189.]

■ ANNA SITNICK, Appellant, v. BREWIS REALTY CORP., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of the Arbitration between IIDA & CO., NEW YORK, INC., Respondent, and DEVIDAYAL (SALES) LTD., Appellant.— Order entered on or about the 28th day of October, 1955, as resettled by order entered November 29, 1955, granting petitioner's motion to confirm the award of the arbitrator herein and denying respondent's cross motion to modify said award, and the judgment entered November 2, 1955, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of LOUIS MANDRA et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of ELEDELIZA M. OLIVER, as Executrix of VITTORE MINICHIELLO, Deceased, Appellant. In the Matter of ELEDELIZA M. OLIVER, as Executrix of CONCETTA MINICHIELLO, Deceased, Appellant. GEORGE BISGEIR, Respondent.— Decrees entered February 15, 1956 (Matter of Vittore Minichiello; Matter of Concetta Minichiello), fixing the compensation of the attorney in each of the above-entitled proceedings, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ ROBERT C. HARDY, Respondent, v. GUSTAVE SIMONS, Appellant.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Probate of the Will of WILLIAM VASSOS, Deceased. RUTH CASSOL, Appellant; THEODORE VOUGAS et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ DOUGLAS RIPLEY et al., Respondents, v. DOUGLAS F. STORER, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the appellant, however, to purge himself of contempt within 30 days after service of a copy of the order with notice of entry thereof. We note, however, that any by-laws which may be adopted are subject to the existing contract rights of the defendant Storer. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ. [See post, p. 887.]

■ FRIEDA KAZAN, Respondent, v. MORRIS KAZAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Cox and Frank, JJ.

■ LILLIAN FROMME, Respondent, v. JACKSON FROMME, Appellant.— Order entered August 15, 1955, modifying the judgment of divorce herein dated July 5, 1934, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ LILLIAN FROMME, Respondent, v. JACKSON FROMME, Appellant.— Appeal from order entered March 25, 1955, referring the matter herein to an official referee to hear and determine, having become academic by virtue of the decision of this court in Fromme v. Fromme (2 A D 2d 839), is dismissed. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.